No. 96–19. VENCIL, TRUSTEE OF THE TRUST OF WHITE ET UX., ET AL. *v.* QUIGLEY, PRESIDENT JUDGE, COURT OF COMMON PLEAS, 41ST JUDICIAL DISTRICT, JUNIATA AND PERRY COUNTIES, ORPHAN'S COURT DIVISION. Sup. Ct. Pa. Certiorari denied.

No. 96–21. GRAVEL *v.* GREGOIRE, ATTORNEY GENERAL OF WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 96–22. ARMSTRONG ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. Certiorari denied.

No. 96–23. AMATO ET AL. *v.* CITY OF RICHMOND ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–24. GROSZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–26. ZIENTEK *v.* NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 96–27. LEVIN *v.* MAYA CONSTRUCTION. C. A. 9th Cir. Certiorari denied.

No. 96–28. RIVERS *v.* FEDERAL EXPRESS CORP. C. A. 6th Cir. Certiorari denied.

No. 96–29. NORTHERN STATES POWER CO. ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–30. TINCH ET AL. *v.* CITY OF DAYTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–32. MANNING ET AL. *v.* CITY OF CHICAGO ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–33. CHODOS *v.* SHOP TELEVISION NETWORK, INC. C. A. 9th Cir. Certiorari denied.

No. 96–34. RATCLIFF ET AL. *v.* DANIEL ET AL. C. A. 5th Cir. Certiorari denied.